# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA         :

vs.                              :  CRIMINAL NO.:  06-0277-WS-MU

NORMAN YOUNG                     :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 252) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Superseding Indictment is now accepted, and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled before the undersigned for **February 23, 2021, at 9:30 a.m., Courtroom 4A**.

**DONE** and **ORDERED** this 16th day of November 2020.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE