IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-00277-WS |
| | ) | |
| NORMAN YOUNG | ) | |
| | ) | |

**GOVERNMENT'S POSITION RELATING TO**
**PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS**

COMES NOW the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and George F. May, Assistant United States Attorney for the Southern District of Alabama, and in accordance with the Standing Order of this Court, hereby files its Position of Parties with Respect to Sentencing Factors.

The United States has no objection to the presentence investigation filed herein and adopts the application and determination of sentencing factors and the guidelines calculations contained therein.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

*s/ George F. May*
GEORGE F. MAY (MAYG0534)
Assistant United States Attorney
Telephone: (251) 441-5845